United States District Court
Southern District of Texas
**ENTERED**
December 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:18–cr–00469 |
| § | |
| Joaquin Guillermo David–USUGA § | |

**ORDER OF DETENTION PENDING HEARING**

A hearing in this case is scheduled as follows:

Arraignment and Detention Hearing
December 10, 2019 at 10:00 AM
Courtroom 701
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: December 5, 2019

_____
Christina A. Bryan
United States Magistrate Judge